**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DESTINY AEINPOUR, individually,
DESTINY AEINPOUR, natural parents
of minor son N.A. on behalf of minor son
N.A., and HOSEIN AEINPOUR,
natural parents of minor son N.A. on
behalf of minor son N.A.,

    Plaintiffs,

v.

Case No. 3:22-cv-472-TJC-PDB

JOHN DOE 1-10 and THE HIGBEE
COMPANY,

    Defendants.

## O R D E R

Upon review of the Joint Stipulation for Entry of Order of Dismissal With Prejudice (Doc. 25), filed on November 9, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies: Counsel of record